**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DWAYNE RIECO,** : | |
| Plaintiff : | |
| : | **CIVIL ACTION NO. 3:13-0075** |
| v. : | |
| : | **(JUDGE MANNION)** |
| **LT. BRONSBURG, et al.,** : | |
| Defendants : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motions to dismiss (Docs. 66, 83) are **GRANTED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal taken from this order will be deemed frivolous, without probable cause, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Date: **March 30, 2015**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-0075-01-ORDER.wpd