# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

DWAYNE RIECO, :

   Plaintiff :

                            CIVIL ACTION NO. 3:13-0075

   v. :

                            (JUDGE MANNION)

LT. BRONSBURG, et al., :

   Defendants :

FILED
SCRANTON
APR 0 5 2018

Per_____ DEPUTY CLERK

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion to dismiss Plaintiff's complaint for Plaintiff's failure to exhaust administrative remedies prior to filing the above captioned action (Doc. 100), is **GRANTED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal taken from this order will be deemed frivolous, without probable cause, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

                         s/ *Malachy E. Mannion*
                         **MALACHY E. MANNION**
                         **United States District Judge**

**Dated: April 5, 2018**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-0075-02-ORDER.wpd